# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Naquita William, et al.,

Plaintiff(s),

v.

Village of Alsip, Illinois, et al.,

Defendant(s).

Case No. 22 C 4892
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants Village of Alsip, et al.*,* and against plaintiff Naquita Williams, et al. Plaintiffs' constitutional claims are dismissed with prejudice. Plaintiffs' state law claims are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt      on a motion to dismiss.

Date: 3/14/2024                Thomas G. Bruton, Clerk of Court

                              Carolyn Hoesly, Courtroom Deputy